IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WALTER HOLLOWAY, Registered Actor, Singer, and Song Lyric Writer;

Plaintiff,

vs.

JUDGE SCHALTZ, Film T.V. Agent;

Defendant.

8:23CV192

MEMORANDUM AND ORDER

On May 15, 2023, Plaintiff Walter Holloway filed an unsigned Complaint, Filing No. 1. On that same date, the Clerk of Court advised Plaintiff that his Complaint was unsigned and therefore deficient. The Clerk of Court directed Plaintiff to "correct the deficiency" (i.e., file a signed Complaint) within 14 days, or the pleading "may be stricken from the record of this case." Filing No. 5 (text order). Plaintiff has failed to follow the Clerk of Court's directions.

Accordingly, the Court shall order Plaintiff to file a signed Complaint in accordance with Federal Rule of Civil Procedure 11 and the Court's Local Rules. This matter cannot proceed until the foregoing deficiency is corrected. FAILURE TO CORRECT THE DEFECT WITHIN 30 DAYS WILL RESULT IN DISMISSAL OF THE COMPLAINT WITHOUT FURTHER NOTICE.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defects on or before **July 3, 2023**. To be clear, Plaintiff must file a signed copy of his Complaint. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

2. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **July 3, 2023**: deadline for signed Complaint.

Dated this 1st day of June, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge