IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WALTER HOLLOWAY, Registered Actor, Singer, and Song Lyric Writer;

Plaintiff,

vs.

JUDGE SCHALTZ, Film T.V. Agent;

Defendant.

**8:23CV192**

**MEMORANDUM AND ORDER**

On June 1, 2023, the Court ordered Plaintiff to sign his Complaint, Filing No. 1, or face dismissal of this action. Filing No. 7. Plaintiff filed materials that were docketed as correspondence on June 2, June 7, June 12, and July 5, 2023. Filing No. 8; Filing No. 9; Filing No. 10; Filing No. 11; Filing No. 12. The materials are rambling and incomprehensible. Though Plaintiff acknowledges receipt of the text notice of deficiency sent by the Clerk's office, *see* Filing No. 8 at 1; Filing No. 11 at 5, none of the materials submitted by Plaintiff correct the technical defect in Plaintiff's Complaint.

IT IS THEREFORE ORDERED:

1.     This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2.     Plaintiff's pending motion to proceed in forma pauperis, Filing No. 2, is denied as moot.

3.     The Court will enter judgment by a separate document.

Dated this 19th day of July, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge